|   | AUSA: | Stephen Carr | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Inspector: | Danielle Foust | Telephone: | (313) 202-0135 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
James Myers

Case: **2:25-mj-30613**
Assigned To : **Unassigned**
Assign. Date : **9/25/2025**
Description: **USA v. SEALED (MC)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2023 to September 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(A) | Threatening the immediate family of a federal officer |
| 18 U.S.C. § 115(a)(1)(B) | Threatening a federal official |
| 18 U.S.C. § 875(c) | Interstate communications with a threat to kidnap or injure |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Danielle Foust, Justicial Security Inspector (USMS)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 25, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Anthony P. Patti, U.S. Magistrate Judge
Printed name and title

Case 5:25-cr-20768-JEL-EAS ECF No. 1, PageID.2 Filed 09/25/25 Page 2 of 7

Case: 2:25−mj−30613
Assigned To : Unassigned
Assign. Date : 9/25/2025
Description: USA v. SEALED (MC)

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Judicial Security Inspector Danielle Foust, with the United States Marshals Service, being duly sworn, depose and state as follows:

## Introduction and Agent Background

1. I am a Judicial Security Inspector (JSI), with the United States Marshals Service (USMS). I have been with the USMS since September 2019 and a JSI since August of 2024. I am assigned to the Detroit, Michigan field office where I work with the Judicial Security Unit (JSU). JSU is responsible for conducting threat investigations against federal officers in the judicial branch. I have gained experience through training, classes, and daily work in threat investigations.

2. As a JSI, I am authorized to investigate violations of the laws of the United States. I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. I have investigated federal criminal violations involving threats of violence communicated over phone and through the use of the internet, and threats of violence intended to intimidate or coerce.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for James Myers for violations of

1

18 U.S.C. § 115(a)(1)(A) (threatening the immediate family member of a federal official); § 115(a)(1)(B) (threatening a federal official); and § 875(c) (threats in interstate commerce).

4.  The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Judicial Security Inspector.

5.  This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Myers has violated the above statutes.

## Probable Cause

6.  In 2013, James Myers pleaded guilty to one count of making a threat in interstate commerce and was sentenced to five years of probation. *United States v. Myers*, 13-20390, (ECF No. 19, 28) (E.D. Mich. March 28, 2014). In that case, Myers agreed in his Rule 11 that he had

2

made at least seven threats using a means of interstate commerce, including threats to kill the President of the United States, threats to commit sex acts against minors, and threats to blow up government buildings. (ECF No. 19, PageID.48).

**2023 Threat to Probation Officer-1 and -2**

7.   In August 2023, while on probation, Myers left the following voicemail message for two Probation Officers with the Eastern District of Michigan.

> This message is for [Probation Officer-1] and his little sex offender boss [Probation Officer-2] who is going to get his wife fucking popped up pretty soon if he doesn't stop harassing me for revenge using my girlfriend from North Carolina, [Known Associate of Myers], to do it.
>
> Well [Probation Officer-1] is gonna be sorry, tell this little fucker if he has a problem with me or wants revenge to come get me himself. All these fuckers keep having their slaves do your fucking work for you and [Probation Officer-1] is going to get payback pretty soon if the asshole doesn't knock it off. Tell your drug dealing, plane crashing, FBI, child porn terrorists come to my door and see what happens.
>
> So, you tell Mr. Smart ass [Probation Officer-1] if he doesn't stop using my girlfriend as a personal slave to get revenge, him and his family are going to get payback for that. Do you fucking understand me!

3

8. Although Myers blocked his number, based on the probation officer's familiarity with Myers and the identifying information Myers provided during the voicemail, the probation department was able to determine that Myers had left the voicemail.

9. USMS interviewed Myers at his home in the Eastern District of Michigan. During the interview, Myers admitted to making the call and leaving the threatening voicemail on Probation Officer-1's voicemail.

10. Myers explained that he blocked the call in hopes that law enforcement wouldn't be able to identify him.

**2025 Threat to Probation Officer-1**

11. On September 13, 2025, Myers made a second threatening call to Probation Officer-1. In the 2025 call Myers told Probation Officer-1, "I am going to blow the fucking courthouse up and fuck your wife and kids."

12. For this second threat, Meyers did not attempt to block his number. Myers is the listed subscriber for the phone that made the second threatening call.

13. The phone Myers used to transmit the threat is a cell phone, i.e., a device that sends data and signals across state lines and in interstate and foreign commerce.

14. The USMS once again interviewed Myers at his residence. During the interview, MYERS admitted to making the second threatening call.

15. Myers also confirmed that his phone number was the number that called Probation Officer-1 on September 13th.

**Conclusion**

16. Based upon the facts set forth in this affidavit, there is probable cause to believe that, within the Eastern District of Michigan, James Myers did make a threat to assault a federal officer as well as a threat to assault a federal official's immediate family member in violation of 18 U.S.C. § 115(a)(1)(A) (threatening the immediate family of a federal official); § 115(a)(1)(B) (threatening a federal official); and § 875(c) (interstate communications with a threat to kidnap or injure).

Respectfully submitted,

_____
Danielle Foust
Judicial Security Inspector
U.S. Marshals Service

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

September 25, 2025